## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKET STREET SECURITIES, INC. et al., | : <br> : <br> : |
| Plaintiffs, | : CIVIL ACTION <br> : <br> : No. 12-1304 |
| v. | : <br> : |
| NASDAQ OMX PHLX LLC et al., | : <br> : |
| Defendant. | : <br> : <br> : |

## **ORDER**

**AND NOW**, this _16TH day of October 2012, Defendant's Motion to Dismiss for lack of subject matter jurisdiction (ECF No. 12) is GRANTED.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: